UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| UZOAMAKA OKEKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 8:22-cv-01888-GJH |
| | ) |
| HUNTER WARFIELD, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

Plaintiff, UZOAMAKA OKEKE, ("Plaintiff"), through her attorney, Michael A. Siddons, informs this Honorable Court that Plaintiff and Defendant, HUNTER WARFIELD, INC., have reached a settlement in this case. Plaintiff anticipates dismissing Defendant, HUNTER WARFIELD, INC., with prejudice, within 60 days.

RESPECTFULLY SUBMITTED,

November 29, 2022      By: /s/ Michael A. Siddons
                      Michael A. Siddons
                      Maryland Attorney #1402200002
                      THE LAW FIRM OF MICHAEL
                      ALAN SIDDONS, ESQUIRE
                      20 W. Cherry Street
                      Rising Sun, MD 21911
                      Tel: 610-255-7500
                      Fax: 610-514-5904
                      msiddons@siddonslaw.com
                      Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on November 29, 2022, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

By: /s/ Michael A. Siddons
Michael A. Siddons